IN THE UNITED STATE DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

TACOMA DIVISION

| | |
|---|---|
| STEVE W. DAVISON, individually, and on behalf of the ESTATE OF MARGARET DAVISON; and MICHAEL DAVISON, individually<br><br>Plaintiffs,<br><br>vs.<br><br>LSREF GOLDEN OPS 26 (WA), LLC, a foreign Limited Liability Company, d/b/a "ORCHARD POINTE SENIOR ALZHEIMER COMMUNITY" and SLH RAINIER MANAGER, LLC, a foreign Limited Liability Company, d/b/a "ORCHARD POINTE SENIOR ALZHEIMER COMMUNITY",<br><br>Defendants. | Case No.<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1332(a)(2)<br><br>(Clerk's Action Required)<br><br><br>Kitsap County Superior Court Case No. 20-2-01277-18 |

TO:   THE CLERK OF THE COURT

AND TO:   ALL PARTIES OF RECORD AND THEIR COUNSEL.

PLEASE TAKE NOTICE that Defendant LSREF GOLDEN OPS 26 (WA), LLC. ("LSREF"), hereby gives notice of the removal of the above-captioned action, Cause No. 20-2-01277-18, currently pending in the Superior Court of Kitsap County, Washington, to the United States District Court for the Western District of Washington at Tacoma on the grounds set forth below:

I.  STATE COURT ACTION

The State Court action to be removed is *Steve W. Davison v. LSREF GOLDEN OPS 26 (WA), LLC.* was filed in Kitsap County Superior Court, State of Washington, on August 21, 2020, and served upon LSREF through Acceptance of Service of Process by LSREF Golden Ops 26 (WA), LLC d/b/a "Orchard Pointe Senior Alzheimer Community" on August 31, 2020. A true and correct copy of the Complaint for Damages filed in Kitsap County Superior Court Case No: 20-2-01277-18 is attached as **Exhibit A**. This is a civil action arising out of negligence, violation of RCW 73.34, and wrongful death claims, with claims made by Plaintiff for money damages being sought.

On October 8, 2020, Kitsap County Superior Court granted Plaintiff's Motion for CR 41(a)(1)(B) Dismissal without Prejudice, dismissing Defendant Prestige Senior Management d/b/a Orchard Pointe Senior Alzheimer Community. A true and correct copy of the Stipulated Order Granting Plaintiff's Motion for CR 41(a)(1)(B) Dismissal without Prejudice filed in Kitsap County Superior Court Case No: 20-2-01277-18 is attached as **Exhibit B.** On December 3, 2020, Plaintiff filed an Amended Complaint in Kitsap County Superior Court via mail. A true and correct copy of Plaintiff's Amended Complaint for Damages filed in Kitsap County Superior Court Case No: 20-2-01277-18 is attached as **Exhibit C.**

II.  TIME FOR REMOVAL

This Notice of Removal is timely. Under 28 U.S.C. § 1446(b)(1), a defendant must file a notice of removal within 30 days after receipt of a copy of the initial pleading, through service or otherwise, setting forth the claim for relief upon which such action or proceeding is based.  Here, LSREF received notice of the initial pleading on August 31, 2020, when Plaintiff's Complaint was served on the registered agent of LSREF. Plaintiff's Complaint did not identify an amount in controversy. On September 11, 2020, Defendant LSREF served Requests for Admission on Plaintiffs, which confirmed the amount of controversy exceeded the jurisdictional limit. On October 5, 2020, Plaintiffs informed the defense they were dismissing an improper party; and, on October 8, 2020, the improper party was dismissed from the case. On November 10, 2020,

Defendant LSREF was served Plaintiff's Amended Complaint, which Plaintiff stated was mailed to the Court for filing and informed Defendant LSREF that conformed copies would be forwarded once received. This Notice of Removal is being filed within thirty days of the filing of the Amended Complaint.

### III.   GROUNDS FOR REMOVAL

LSREF removes this case to federal court pursuant to 28 USC § 1332(a)(2) based on this Court's original jurisdiction in which the matter in controversy exceeds $75,000. Plaintiffs are citizens of Washington State and Defendant LSREF is a foreign corporation. Plaintiffs answered Requests for Admission on October 5, 2020, admitting that the matter in controversy exceeds $75,000. 28 USC § 1332(a) states that the United States District Courts shall have original jurisdiction over all civil matters meeting these standards. *See* **Exhibit D.**

### IV.   REQUIRED DOCUMENTS

Defendant LSREF will promptly give written notice to all adverse parties.  28 USC § 1446(d).

In accordance with 28 USC § 1446 and LCR 101 (b)(1) and (3), a copy of the operative complaint is attached and filed herewith as **Exhibit C**.

Opposing counsel is listed below and is being served with a copy of this Notice as set forth in the Declaration of Service below in accordance with LCR 101(b)(2).

Defendant LSREF will answer Plaintiff's Complaint for Damages within 7 days after the notice of removal is filed. Fed. R. Civ. P. 81(c)(2)(C).

1  DATED this 08th day of December, 2020.        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _/s/Heather M. Jensen_____

By: _/s/Rachelle R. Stefanski_____
Heather M. Jensen, WSBA #29635
Rachelle R. Stefanski, WSBA #56353
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020
Heather.Jensen@lewisbrisbois.com
Rachelle.Stefanski@lewisbrisbois.com
Attorneys for Defendant LSREF GOLDEN OPS 26 (WA), LLC

**DECLARATION OF SERVICE**

I hereby certify that on this 08th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all attorneys of record.

| | |
|---|---|
| Amanda M. Searle | asearle@connelly-law.com |
| Matthew Wurdeman | MWurdeman@connelly-law.com |

Connelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA 98403
Tel: (253) 593-5100
Fax: (253) 593-0380

                                                      */s/Christopher Moore*
                                            Christopher Moore, Legal Secretary
                                            Christopher.Moore@lewisbrisbois.com